IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TRAVELERS PROPERTY CASUALTY**
**COMPANY OF AMERICA, et al.**                                                            **PLAINTIFFS**

**versus**                              **CIVIL ACTION NO. 2:07cv312-KS-MTP**

**DILLARD'S, INC. et al.**                                                                                       **DEFENDANTS**

## ORDER DENYING MOTION TO SEAL

THIS MATTER is before the court on the defendants' motion [19] to seal the entire record in this matter, and the court having considered the motion finds that it should be DENIED. Under Local Rule 83.6 there is a presumption that court records are in the public domain. While it might be more convenient for the court and the parties to seal the entire record, the rule simply does allow the court do so on that basis. Should either party desire to file a document under seal or otherwise believe that particular information warrants protection from public scrutiny, the rules of court allow for same on a showing of good cause. See Local Rule 83.6 (B). However, defendants have not demonstrated a need or other good cause to seal the entire record in this matter. Accordingly, the motion must be denied.

SO ORDERED on February 20, 2008.

                                                                                                              s/ Michael T. Parker
                                                                                                              United States Magistrate Judge